No. 1144. JOHN N. PRICE & SONS v. MARYLAND CASUALTY CO. May 21, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Aaron Heller* for petitioner. *Mr. DeVoe Tomlinson* for respondent. 

No. 1147. BURTON, ADMINISTRATRIX, v. FREEMAN COAL MINING CORP. ET AL. May 21, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. John J. Dowdle* for petitioner. *Mr. Henry S. Blum* for respondents. 

No. 1161. CALEY v. RYAN DISTRIBUTING CORP. May 21, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Wm. Steell Jackson* and *Leonard L. Kalish* for petitioner. *Mr. Cedric W. Porter* for respondent. 

No. 1104. MONJAR v. UNITED STATES;
No. 1105. MONJAR v. UNITED STATES;
No. 1106. COOK v. UNITED STATES;
No. 1107. JONES v. UNITED STATES;
No. 1108. DREW v. UNITED STATES;
No. 1109. MOORE v. UNITED STATES;
No. 1110. LINDH v. UNITED STATES;
No. 1111. FITZPATRICK v. UNITED STATES;
No. 1112. WILLARD v. UNITED STATES;
No. 1113. CANDLIN v. UNITED STATES;
No. 1114. CRUSER v. UNITED STATES; and
No. 1115. MADDAMS v. UNITED STATES. May 21, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. William D. Donnelly, Daniel O. Hastings, William A. Gray* and